**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buffington Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Woodside Vista, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8445826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**550 Pharr Road, Suite 410**<br>**Atlanta, GA**<br>ZIP Code **30305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1100 Peachtree Street, N.E., Suite 1500**<br>**Atlanta, GA**<br>ZIP Code **30309** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Buffington Properties, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Buffington Properties, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ George M. Geeslin**
Signature of Attorney for Debtor(s)

**George M. Geeslin 288725**
Printed Name of Attorney for Debtor(s)

**George M. Geeslin, Attorney**
Firm Name

**Eight Piedmont Center, Suite 550**
**3525 Piedmont Road, N.E.**
**Atlanta, GA 30305-1565**
Address

Email: geeslingm@aol.com
**(404) 841-3464  Fax: (404) 816-1108**
Telephone Number

**July 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Donald Byrd**
Signature of Authorized Individual

**Donald Byrd**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**July 22, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Buffington Properties, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Vitality Works, LLC** <br> **572 Star Flower Lane** <br> **Buford, GA 30518** | **Vitality Works, LLC** <br> **572 Star Flower Lane** <br> **Buford, GA 30518** | **Trade debt** | | **7,520.00** |
| **Conservice Utility Mgt & Billing** <br> **PO Box 4696** <br> **Logan, UT 84323** | **Conservice Utility Mgt & Billing** <br> **PO Box 4696** <br> **Logan, UT 84323** | **Trade debt** | | **4,504.65** |
| **HD Supply** <br> **PO Box 509058** <br> **San Diego, CA 92150-9058** | **HD Supply** <br> **PO Box 509058** <br> **San Diego, CA 92150-9058** | **Trade debt** | | **4,164.84** |
| **CSS Services, Inc.** <br> **2785 Lawrenceville Hwy Ste 204** <br> **Decatur, GA 30033** | **CSS Services, Inc.** <br> **2785 Lawrenceville Hwy Ste 204** <br> **Decatur, GA 30033** | **Trade debt** | | **4,136.50** |
| **For Rent** <br> **75 Remittance Dr Ste 1705** <br> **Chicago, IL 60675** | **For Rent** <br> **75 Remittance Dr Ste 1705** <br> **Chicago, IL 60675** | **Trade debt** | | **3,992.32** |
| **Chatham Landscape Services** <br> **1290 Kennestone Circle** <br> **Suite D-200** <br> **Marietta, GA 30066** | **Chatham Landscape Services** <br> **1290 Kennestone Circle** <br> **Suite D-200** <br> **Marietta, GA 30066** | **Trade debt** | | **3,911.67** |
| **Cornerstone Security Inc.** <br> **5691 Live Oak Pkwy Ste B** <br> **Norcross, GA 30093** | **Cornerstone Security Inc.** <br> **5691 Live Oak Pkwy Ste B** <br> **Norcross, GA 30093** | **Trade debt** | | **2,383.00** |
| **Diamond Rental** <br> **PO Box 945** <br> **Rantoul, IL 61866** | **Diamond Rental** <br> **PO Box 945** <br> **Rantoul, IL 61866** | **Trade debt** | | **1,890.69** |
| **Apartment Guide** <br> **PO Box 402039** <br> **Atlanta, GA 30384** | **Apartment Guide** <br> **PO Box 402039** <br> **Atlanta, GA 30384** | **Trade debt** | | **1,259.10** |
| **Atlanta Apartment Magazine** <br> **885 Woodstock Rd Ste 430-182** <br> **Roswell, GA 30075** | **Atlanta Apartment Magazine** <br> **885 Woodstock Rd Ste 430-182** <br> **Roswell, GA 30075** | **Trade debt** | | **1,198.00** |
| **Venturi Technologies, Inc.** <br> **PO Box 16423** <br> **Denver, CO 80216-0423** | **Venturi Technologies, Inc.** <br> **PO Box 16423** <br> **Denver, CO 80216-0423** | **Trade debt** | | **1,130.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Buffington Properties, LLC**  Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ResidentCheck<br>PO Box 678911<br>Dallas, TX 75267-8911 | ResidentCheck<br>PO Box 678911<br>Dallas, TX 75267-8911 | Trade debt | | 1,029.00 |
| Waste Management<br>PO Box 105453<br>Atlanta, GA 30308 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30308 | Trade debt | | 893.02 |
| Cross & Sons<br>3357 Liberty Road<br>Villa Rica, GA 30180 | Cross & Sons<br>3357 Liberty Road<br>Villa Rica, GA 30180 | Trade debt | | 796.00 |
| Altuscio<br>285 Parkway 575, Suite 218<br>Woodstock, GA 30188 | Altuscio<br>285 Parkway 575, Suite 218<br>Woodstock, GA 30188 | Trade debt | | 547.99 |
| Marietta Drapery & Window<br>PO Box 569<br>Marietta, GA 30061 | Marietta Drapery & Window<br>PO Box 569<br>Marietta, GA 30061 | Trade debt | | 532.61 |
| CBeyond Communications<br>PO Box 406815<br>Atlanta, GA 30384-6815 | CBeyond Communications<br>PO Box 406815<br>Atlanta, GA 30384-6815 | Trade debt | | 530.66 |
| Better Buy Glass, Mirror & Screen<br>308 North Main St<br>Jonesboro, GA 30236 | Better Buy Glass, Mirror & Screen<br>308 North Main St<br>Jonesboro, GA 30236 | Trade debt | | 468.75 |
| Carpet Up Date, Inc.<br>223 Gothards Creek Drive<br>Powder Springs, GA 30127 | Carpet Up Date, Inc.<br>223 Gothards Creek Drive<br>Powder Springs, GA 30127 | Trade debt | | 365.00 |
| Atlanta General Contracting<br>1875 Old Alabama Rd Ste 620<br>Roswell, GA 30076 | Atlanta General Contracting<br>1875 Old Alabama Rd Ste 620<br>Roswell, GA 30076 | Trade debt | | 345.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 22, 2010**     Signature  **/s/ Donald Byrd**
                                      **Donald Byrd**
                                      **Authorized Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Altuscio
285 Parkway 575, Suite 218
Woodstock, GA 30188


Apartment Finder
2305 Newpoint Parkway
Lawrenceville, GA 30043


Apartment Guide
PO Box 402039
Atlanta, GA 30384


Apartment Guide
Two Concourse Suite 575
Atlanta, GA 30328


AT&T
PO Box 105262
Atlanta, GA 30348-5260


Atlanta Apartment Magazine
885 Woodstock Rd Ste 430-182
Roswell, GA 30075


Atlanta General Contracting
1875 Old Alabama Rd Ste 620
Roswell, GA 30076


Better Buy Glass, Mirror & Screen
308 North Main St
Jonesboro, GA 30236


Camber Fire and Security LLC
188 Pickle Simon Rd
Winder, GA 30680
```

```
Cantrell Pest
126 McReady Drive
Dallas, GA 30157



Capital Alarms, Inc.
1485 Jones Road
Winder, GA 30680



Carpet Up Date, Inc.
223 Gothards Creek Drive
Powder Springs, GA 30127



CBeyond Communications
PO Box 406815
Atlanta, GA 30384-6815



Chatham Landscape Services
1290 Kennestone Circle
Suite D-200
Marietta, GA 30066



Comcast
PO Box 105257
Atlanta, GA 30348-0052



Comcast of Georgia/Virginia, Inc.
2925 Courtyards Drive
Norcross, GA 30071



Conservice Utility Mgt & Billing
PO Box 4696
Logan, UT 84323



Cornerstone Security Inc.
5691 Live Oak Pkwy Ste B
Norcross, GA 30093
```

Cross & Sons
3357 Liberty Road
Villa Rica, GA 30180


Crystal Springs
PO Box 660579
Dallas, TX 75266-0579


CSS Services, Inc.
2785 Lawrenceville Hwy Ste 204
Decatur, GA 30033


Diamond Rental
PO Box 945
Rantoul, IL 61866


For Rent
75 Remittance Dr Ste 1705
Chicago, IL 60675


Fowler Hein Cheatwood Passino
2970 Clairmont Rd Ste 220
Atlanta, GA 30329


GE Business Financial Services Inc.
c/o King & Spalding LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521


Georgia Duplicating Products
PO Box 3547
Macon, GA 31205


Georgia Duplicating Products
5675 Oakbrook Pkwy Ste E
Norcross, GA 30093

```
Handytrac
510 Staghorn Court
Alpharetta, GA 30004



HD Supply
PO Box 509058
San Diego, CA 92150-9058



Kings III
751 Canyon Drive
Coppell, TX 75019



Marietta Drapery & Window
PO Box 569
Marietta, GA 30061



Planet Telecom
PO Box 255
New Albany, IN 47151



ResidentCheck
PO Box 678911
Dallas, TX 75267-8911



Special Laundry Services &
Equipment Inc.
1841 Marietta Blvd NW Ste L
Atlanta, GA 30318



Venturi Technologies, Inc.
PO Box 16423
Denver, CO 80216-0423



Vista Property Management, LLC
550 Pharr Road Suite 410
Atlanta, GA 30305
```

```
Vitality Works, LLC
572 Star Flower Lane
Buford, GA 30518



Waste Management
PO Box 105453
Atlanta, GA 30308



Waste Management
3001 S Pioneer Dr SE
Smyrna, GA 30082-5243
```